

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01087-CR

The **STATE** of Texas,
Appellant

v.

Matthew D. **MARTIN**,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7361
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order signed on December 1, 2023, granting Matthew D. Martin's motion to suppress evidence is AFFIRMED. It is ORDERED that our previously-ordered stay of trial court proceedings is LIFTED.

SIGNED August 28, 2025.

_____
Rebeca C. Martinez, Chief Justice